[No. 29196-3-I. Division One. December 13, 1993.]

AXEL ED BROSTROM, ET AL, *Respondents*, v. KENNETH B. LIGOCKI, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 90-2-00133-1, David A. Nichols, J., entered September 13, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Baker, J.

[No. 30873-4-I. Division One. December 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK SAMUEL ROBINSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-1-01325-4, Patricia H. Aitken, J., entered June 17, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Forrest and Kennedy, JJ.

[No. 32052-1-I. Division One. December 13, 1993.]

WADE OVERSON, *Appellant*, v. JIM JOHNSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 92-2-08231-4, Charles W. Mertel, J., entered December 11, 1992. *Reversed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Kennedy, J.